# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

United States of America,

v.  Case No. 2:13-cr-133(3)

Jose Antonio Quiles-Cosme,  Judge Michael H. Watson

Defendants.

## ORDER

The Government moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the Indictment against Jose Antonio Quiles-Cosme, with prejudice. ECF No. 88.

"The government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). Accordingly, the Court **GRANTS** the Government's motion and **DISMISSES** with prejudice the Indictment against Jose Antonio Quiles-Cosme.

The Clerk shall terminate ECF No. 88.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**